ROGER L. GRANDGENETT II, ESQ., Bar # 6323
KELSEY E. STEGALL, ESQ., Bar # 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:        702.862.8811
Email:  rgrandgenett@littler.com
          kstegall@littler.com

Attorneys for Defendant ULTA SALON,
COSMETICS & FRAGRANCE, INC.,
Incorrectly Named ULTA BEAUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRESLEY WHITE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ULTA BEAUTY DBA ULTA SALON, COSMETICS & FRAGRANCE, INC., a foreign corporation; DOE SUPERVISOR; DOE MANAGER; DOES I through X; and ROE CORPORATIONS, I through X, inclusive,<br><br>Defendants. | Case No.   2:20-cv-1377<br><br>(District Court Case No.: A-20-816811-C)<br><br>**NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT**<br><br>**[DIVERSITY UNDER 28 U.S.C. §§ 1332, 1441, AND 1446]** |

**TO THE CLERK FOR THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:**

PLEASE TAKE NOTICE that Defendant ULTA SALON, COSMETICS & FRAGRANCE, INC. ("Ulta" or "Defendant"), incorrectly named in the Complaint as Ulta Beauty dba Ulta Salon, Cosmetics & Fragrance, Inc., hereby removes the above-entitled action from the Eighth Judicial District Court in and for the County of Clark, State of Nevada to the United States District Court for the District of Nevada pursuant to 28 U.S.C. §§ 1332, 1441(b), and 1446.  This removal is based upon diversity jurisdiction and is timely.  A true and correct copy of the Notice to State Court of Removal

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

of Action to Federal Court is attached hereto and incorporated herein as **Exhibit A**.

In support of this Notice of Removal, Defendant states to the Court as follows:

1.      On or about June 18, 2020, an action was commenced in the Eighth Judicial District Court of Clark County, entitled PRESLEY WHITE, an individual, vs. ULTA BEAUTY DBA ULTA SALON, COSMETICS & FRAGRANCE, INC.; DOE SUPERVISOR; DOE MANAGER; DOES I through X; ROE CORPORATIONS I through X, inclusive.  A true and correct copy of the original Complaint is attached hereto as **Exhibit B**.

2.      On June 25, 2020, Defendant Ulta's registered agent was served with a copy of Plaintiff's Complaint and Summons.  True and correct copies of the Affidavit of Service reflecting service upon Defendant is attached hereto as **Exhibit C**.  Accordingly, this Notice of Removal is timely.

3.      Plaintiff's Complaint purports to state five causes of action for negligence, gross negligence, negligent infliction of emotional distress, intentional infliction of emotional distress, and wrongful termination.

4.      This action is a civil action which may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1332 and 1441(b), in that it is a civil action between citizens of different states, and the matter in controversy exceeds $75,000, exclusive of interests and costs.  As alleged in the Complaint, Plaintiff is a resident of Clark County, Nevada.  *See* **Exhibit B**, ¶ 3.

5.      Defendant is a "Delaware corporation."  *See* **Exhibit B** at ¶ 4.  Defendant's corporate headquarters and principal place of business is in Illinois.  *See* **Exhibit D** at 2 (demonstrating that the principal place of business is located in Bolingbrook, Illinois).  Defendant is therefore diverse from Plaintiff.[1]

6.      Plaintiff's Complaint does not specify the precise amount she seeks to recover in this

---

[1] A business entity search on the Nevada Secretary of State's website confirms that Defendant is a foreign corporation incorporated in the state of Delaware with its principal place of business in Illinois. **Exhibit D**.  Defendant requests that the Court take judicial notice of the public records from the Nevada Secretary of State website.  *See Daniels-Hall v. National Educ. Assoc.*, 629 F.3d 992, 998-99 (9th Cir. 2010) (taking judicial notice of official information posted on a governmental website, the accuracy of which was undisputed).

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

action.  Where removal is based on diversity of citizenship and the initial pleading seeks a money judgment but does not demand a specific sum, "the notice of removal may assert the amount in controversy," 28 U.S.C. § 1446(c)(2), and a removing defendant "need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co. v. Owens*, 135 S. Ct. 547, 554 (2014).  Defendant has evidence that the amount in controversy exceeds $75,000 based on the following undisputed and verifiable facts: Plaintiff's Complaint seeks: (1) general damages in an amount in excess of $15,000; (2) special damages for Plaintiff's medical and miscellaneous expenses, plus future medical expenses and the miscellaneous expenses incidental thereto in a presently unascertainable amount; (3) punitive and exemplary damages in an amount in excess of $15,000; (4) costs of this suit; (5) pre-judgment and post-judgment interest; (6) attorneys' fees; and (7) for such other relief as Court may seem just and proper.  *See* **Exhibit B** at 9:28–10:9.  Plaintiff is further seeking "in excess of Fifteen Thousand Dollars ($15,000)" for all five of her causes of action, totaling in excess of $75,000.  *Id.* at ¶ 23 (negligence), ¶ 31 (gross negligence), ¶ 35 (negligence infliction of emotional distress), ¶¶ 40 and 41 (intentional infliction of emotional distress) and ¶ 49 (wrongful termination).

7.     The amount in controversy is not limited to damages incurred prior to removal but is determined by the complaint operative at the time of removal and encompasses all relief a court may grant on the complaint if the plaintiff prevails.  *See Chavez v. JPMorgan Chase & Co.*, 888 F3.d 413, 417 (9th Cir. 2018).

8.     Venue is proper in this Court as this is the court for the district and division embracing the place where the action is pending in state court, in accordance with 28 U.S.C. §§108 and 1441(a).

9.     No other defendants are required to join this Notice of Removal as no other defendants have been served with any summons or Complaint, or are identified on the Complaint.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

WHEREFORE, Defendant prays that the above-referenced action now pending against it in the Eighth Judicial District Court in and for the County of Clark, State of Nevada, be removed therefrom to this Court.

Dated: July 24, 2020

Respectfully submitted,

_____
ROGER L. GRANDGENETT II, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ULTA SALON, COSMETICS & FRAGRANCE, INC.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

4.

## PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169.  On July 24, 2020, I served the within document(s):

**NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT**

☒   By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR II 5-1, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Eric Roy, Esq.
Eric Roy Law Firm
703 South Eighth Street
Las Vegas, NV 89101
Eric@erickroylawfirm.com

Attorney for Plaintiff

**Please note due to COVID-19, our offices are working remotely.  As such hard copy will <u>not</u> be mailed.  Please contact me immediately if alternative service needs to be arranged.  Thank you.**

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 24, 2020, at Las Vegas,

/s/ Maribel Rodriguez
Maribel Rodriguez

4832-2415-0722.1 059310.1000

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800