ROGER L. GRANDGENETT II, ESQ.
Nevada State Bar Number: 6323
KELSEY E. STEGALL, ESQ.
Nevada State Bar Number: 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
Email:    rgrandgenett@littler.com
Email:    kstegall@littler.com

Attorneys for Defendant
ULTA SALON, COSMETICS & FRAGRANCE, INC.,
(incorrectly named Ulta Beauty)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRESLEY WHITE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ULTA BEAUTY dba ULTA SALON COSMETICS & FRAGRANCE, INC., a foreign corporation; DOE SUPERVISOR; DOE MANAGER; DOES I through X; and ROE CORPORATIONS, I through X, inclusive,,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-01377-RFB-DJA<br><br>**STIPULATION TO EXTEND TIME FOR THE PARTIES TO FILE DISMISSAL DOCUMENTS**<br><br>**[FIRST REQUEST]** |

Plaintiff PRESLEY WHITE ("Plaintiff") and Defendant ULTA SALON, COSMETICS & FRAGRANCE, INC. ("Defendant"), by and through their respective attorneys of record, hereby stipulate and agree to extend the time to file the dismissal documents currently set for February 8, 2021, (ECF No. 42).

The parties are currently in the final stages of finalizing settlement and issuing the settlement payment, and they therefore need additional time beyond February 8, 2021, to do so.  As such, the parties request an extension of two weeks (14 days), no earlier than February 22, 2021, to submit the dismissal documents to the Court.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This request is made in good faith and not for the purpose of delay.

Dated:  February 1, 2021

/s/ Michael Nixon, Esq.
ERIC ROY, ESQ.
MICHAEL NIXON, ESQ.
ERIC ROY LAW FIRM

Attorneys for Plaintiff
PRESLEY WHITE

Dated:  February 1, 2021

ROGER L. GRANDGENETT, II, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ULTA SALON, COSMETICS & FRAGRANCE, INC. (incorrectly named Ulta Beauty)

**ORDER**

**IT IS SO ORDERED**.

Dated this ___1st___ day of February 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4832-2732-1561.1 059310.1191

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800