ROGER L. GRANDGENETT II, ESQ.
Nevada State Bar Number: 6323
KELSEY E. STEGALL, ESQ.
Nevada State Bar Number: 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:         702.862.8811
Email:     rgrandgenett@littler.com
Email:     kstegall@littler.com

Attorneys for Defendant
ULTA SALON, COSMETICS & FRAGRANCE, INC.,
(incorrectly named Ulta Beauty)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRESLEY WHITE,<br><br>               Plaintiff,<br><br>vs.<br><br>ULTA BEAUTY dba ULTA SALON COSMETICS & FRAGRANCE, INC., a foreign corporation; DOE SUPERVISOR; DOE MANAGER; DOES I through X; and ROE CORPORATIONS, I through X, inclusive,,<br><br>               Defendants. | Case No. 2:20-cv-01377-RFB-DJA<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

      Plaintiff PRESLEY WHITE ("Plaintiff") and Defendant ULTA SALON, COSMETICS & FRAGRANCE, INC. ("Defendant"), by and through their respective attorneys of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorney's fees.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorney's fees or costs pursuant to any rule, statute, or law whether local, state, or federal, in any forum that would be available.

Dated: February 10, 2021

Dated: February 10, 2021

/s/ Michael Nixon, Esq.
ERIC ROY, ESQ.
MICHAEL NIXON
ERIC ROY LAW FIRM

Attorneys for Plaintiff
PRESLEY WHITE

ROGER L. GRANDGENETT, II, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ULTA SALON, COSMETICS &
FRAGRANCE, INC. (incorrectly named Ulta Beauty)

**ORDER**

**IT IS SO ORDERED**.

Dated this   11th   day of   February  , 2021.

RICHARD E. BOULWARE, II
United States District Court

4846-0753-5060.1 059310.1191

2.